IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WDW HILLSBORO HOTEL I DELAWARE LLC,
*a Delaware limited liability company*,

      Plaintiff,

  v.

HILLSBORO HOTEL I DELAWARE,
LLC, *a Delaware limited liability company*;
PARKWAY HILLSBORO I DELAWARE,
LLC, *a Delaware limited liability company*;
JOHN R. THACKERAY, *an individual and citizen of Utah*; KEVIN S. GARN, *an individual and citizen of Utah*; and CRAIG C. CHRISTENSEN, *an individual and citizen of Utah*,

      Defendants.

Case No. 3:24-cv-02174-YY

ORDER

**BAGGIO, District Judge:**

    Magistrate Judge You issued a Findings and Recommendation on September 25, 2025, in which she recommends that the Court dismiss this case without prejudice for lack of subject

1 – ORDER

matter jurisdiction and deny all pending motions as moot. F&R 7, ECF No. 49. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [49]. Accordingly, this action is DISMISSED without prejudice. Defendants' motions to dismiss [16] [37] are denied as moot.

IT IS SO ORDERED.

DATED this 11th day of November, 2025.

_____
AMY M. BAGGIO
United States District Judge

2 – ORDER